STEWART v. KOPP

No. 129P95

Case below: 118 N.C.App. 160

Petition by plaintiff for temporary stay allowed 24 March 1995 pending determination of plaintiff's petition for discretionary review.

PETITIONS TO REHEAR

FOREMAN v. SHOLL

No. 86A94

Case below: 339 N.C. 593

Petition by plaintiffs to rehear pursuant to Rule 31 denied 6 April 1995.

RJR TECHNICAL CO. v. PRATT

No. 104PA94

Case below: 339 N.C. 588

Petition by plaintiff (RJR) to rehear pursuant to Rule 31 denied 6 April 1995.

STATE v. MILLER

No. 67A93

Case below: 339 N.C. 663

Motion by defendant for rehearing denied 23 March 1995.